UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Rita Gore v. Bayer Corporation, et al.*[1]    No. 3:11-cv-13207-DRH-PMF

*Tanya Miller v. Bayer HealthCare Pharmaceuticals Inc., et al.*    No. 3:11-cv-10785-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 18, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Cheryl Ritter*
     **Deputy Clerk**

Date: November 19, 2014

Digitally signed by
David R. Herndon
Date: 2014.11.19
16:37:55 -06'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT

---

[1] Plaintiff a/k/a Rita Spivey-Gore.